## CIVIL CAUSE FOR INITIAL CONFERENCE
## BEFORE: JUDGE FEUERSTEIN

**DATE**: April 13, 2015     **TIME**: 30 minutes

**CASE NUMBER**:

14-cv-07548-SJF-GRB

**CASE TITLE**:

Honig v. Cardis Enterprises International N.V. et al

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★ APR 13 2015 ★

LONG I____ _.D OFFICE

**PLTFFS ATTY**:     Shneur Zalman Nathan
     X  present          ___ not present

**DEFTS ATTY**:     Daniel Scott Furst
     X  present          ___ not present

**COURT REPORTER**:   Stephanie Piccozzi

**COURTROOM DEPUTY**:  Linda Fagan

**OTHER**:

X     CASE CALLED.

X     COUNSE FOR ALL SIDES PRESENT

__    ARGUMENT HEARD / CONT'D TO_____.

__    DECISION:   ORDER(S) SIGNED / ENTERED ON THE RECORD / RESERVED.

**Order**: A further in person status conference is scheduled before Judge Feuerstein on 8/3/2015 at 11:15 am.