UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
::
EDWARD HONIG,                                              :   2:14-CV-07548 (SJF) (GRB)
::
                   Plaintiff,   :
::
    - against -                                       :   Hon. Sandra J. Feuerstein
::
CARDIS ENTERPRISES INTERNATIONAL   :   **NOTICE OF MOTION**
N.V., CARDIS ENTERPRISES (U.S.A.), and      :
AARON DAVID FISCHMAN,                           :
::
                Defendants.   :
::
------------------------------------------------------------X

    **PLEASE TAKE NOTICE** that, upon the Affirmation of Jay M. Kaplowitz, dated February 6, 2017, and the accompanying Memorandum of Law, Sichenzia Ross Ference Kesner LLP, attorneys for Defendants Cardis Enterprises International N.V., Cardis Enterprises International (U.S.A.) Inc., and Aaron David Fischman (collectively, "Defendants") will move this Court before the Honorable Sandra J. Feuerstein, United States District Judge for the Eastern District of New York, at the United States Courthouse, located at 100 Federal Plaza, Central Islip 11722, for an order:

    a)    permitting, pursuant to Local Civil Rule 1.4, Sichenzia Ross Ference Kesner LLP to withdraw as counsel to Defendants;

    b)    adjourning the status conference scheduled to take place on February 7, 2017 at 11:15 A.M. until such a time as the Court deems proper;

    c)    staying all pending and further proceedings in this matter for a period of 30 days, following the written Decision of this Court on this application, to allow Defendants time to obtain new counsel in this matter; and

    d)    granting such other relief as the Court may deem just, equitable and proper.

**PLEASE TAKE FURTHER NOTICE** that, opposing affidavits and answering memoranda, if any, must be served upon the undersigned on or before February 20, 2017.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Judge Feuerstein's Individual Rules, the undersigned counsel will submit one courtesy copy of all papers to the Court, as soon as practicable after filing.

A form of Proposed Order is annexed hereto as Exhibit 1.

Dated: New York, New York
       February 6, 2017

                             SICHENZIA ROSS FERENCE KESNER LLP

                             By: _____
                                  Robert B. Volynsky (RV-7076)
                                 61 Broadway, 32nd Floor
                                 New York, New York 10006
                                 (212) 930-9700

                                 *Attorneys for Defendants Cardis Enterprises*
                                 *International N.V., Cardis Enterprises International*
                                 *(U.S.A.) Inc. and Aaron David Fischman*

TO:    Cardis Enterprises International, N.V.        Hale Law LLC
        N.V., Kaya Richard J. Beaujon Z/N           Shneur Nathan
        P.O. Box 837                                       1000 Woodbury Road, Suite 106
        Willemstad, Curacao                       Woodbury, New York 11797

        Cardis Enterprises International (U.S.A.) Inc.
        445 Central Avenue
        Cedarhurst, New York 11516

        Aaron David Fischman
        703 Carlyle St.
        Woodmere, New York 11598