**SICHENZIA ROSS FERENCE KESNER** LLP

February 7, 2017

***Via U.S. Mail and Email***

Cardis Enterprises International (U.S.A.) Inc.
Mr. Jonathan Nierenberg, CEO
445 Central Avenue
Cedarhurst, New York 11516

      Re:    *Honig v. Cardis Enterprises International N.V., et al.,* No. 14-cv-7548

Dear Mr. Nierenberg:

As you are aware, on February 6, 2017, Sichenzia Ross Ference Kesner LLP (the "Firm") moved to withdraw as attorney to Cardis Enterprises International (U.S.A.) ("Cardis USA") in the above-referenced matter. Pursuant to the Minute Order of the Court entered today and enclosed herewith, the Court granted the Firm's Motion, effective fourteen (14) days from today.

Pursuant to the Court's Order, **this letter constitutes notice that if new counsel does not appear on behalf of Cardis USA within fourteen (14) days from today (February 21, 2017), Cardis USA will be deemed in default status and a default judgment may be entered against it.**

Thank you for your attention in this regard.

           Sincerely,

           /s/ Robert B. Volynsky

Encl.

cc:    Magistrate Judge Gary R. Brown (via ECF)
       Judge Sandra J. Feuerstein (via ECF)
       Counsel of Record (via ECF)

## Robert Volynsky

| | |
|---|---|
| **From:** | ecf_bounces@nyed.uscourts.gov |
| **Sent:** | Tuesday, February 07, 2017 12:08 PM |
| **To:** | nobody@nyed.uscourts.gov |
| **Subject:** | Activity in Case 2:14-cv-07548-SJF-GRB Honig v. Cardis Enterprises International N.V. et al Order on Motion to Withdraw as Attorney |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply

### U.S. District Court

### Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 2/7/2017 at 12:07 PM EST and filed on 2/7/2017
**Case Name:** Honig v. Cardis Enterprises International N.V. et al
**Case Number:** 2:14-cv-07548-SJF-GRB
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Minute Order for proceedings held before Magistrate Judge Gary R. Brown:Status Conference held on 2/7/2017. Counsel for all sides present. The Courtgrants the [54] Motion to Withdraw as Attorney effective 14 days from today. Defendants are placed on notice that if new counsel does not appear within 14 days from today individual defendant will be deemed pro se (representing himself) and corporate defendants will be deemed in default status and a default judgment may be entered. Plaintiff will attempt to work with new counsel on discovery disputes. If discussions fail a status conference may be requested. Attorney Robert Brian Volynsky terminated. (McMorrow, Karen)**

**2:14-cv-07548-SJF-GRB Notice has been electronically mailed to:**

Lawrence Katz     lkatz@lawkatz.com

Shneur Zalman Nathan     snathan@ahalelaw.com

Robert Brian Volynsky     rvolynsky@srfkllp.com, rvolynsky@gmail.com

**2:14-cv-07548-SJF-GRB Notice will not be electronically mailed to:**

1

Cardis Enterprises (U.S.A.) International Inc.


Cardis Enterprises International N.V.