UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Edward Honig<br>　　　　　　　Plaintiff,<br><br>—against—<br><br>Cardis Enterprises International N.V., et al.<br>　　　　　　　Defendants. | **Notice of Appearance**<br><br>Docket No. 14 CV 7548 |

　　　Please take notice that Lawrence Katz, who is admitted and otherwise authorized to practice in this court, does hereby make a limited appearance, for the sole purpose of objecting to the order of Magistrate Judge Brown, granting the withdrawal of counsel for defendants, and for requesting a stay of such order, on behalf of the defendants Cardis Enterprises International N.V., Cardis Enterprise (USA) International, Inc. and Aaron Fischman.
　　　To the extent that it is necessary and appropriate to do so, Defendants reserve their right to object to personal and subject matter jurisdiction including challenging of service of process.

**Dated: February 23, 2017**

　　　　　　　　　　　　　　　　　　　　　　　　Yours etc.,
　　　　　　　　　　　　　　　　　　　　　　　　*s/Lawrence Katz*
　　　　　　　　　　　　　　　　　　　　　　　　Lawrence Katz Esq.
　　　　　　　　　　　　　　　　　　　　　　　　Law Office of Lawrence Katz
　　　　　　　　　　　　　　　　　　　　　　　　70 East Sunrise Highway Suite 500
　　　　　　　　　　　　　　　　　　　　　　　　Valley Stream, New York 11581
　　　　　　　　　　　　　　　　　　　　　　　　516-374-2118